UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STEPHEN CHRISTOPHER WRIGHT, SARAH WRIGHT,<br><br>                              Plaintiffs,<br><br>      v.<br><br>FARMERS INSURANCE, et al.,<br><br>                              Defendants. | CASE NO. C21-5594 BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 6. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)    The R&R, Dkt. 6, is **ADOPTED**;

(2)    Plaintiffs' motions to proceed *in forma pauperis*, Dkts. 1, 2, are **DENIED**; and

(3)    This case is dismissed without prejudice. The Clerk shall enter **JUDGMENT** and close this case.

1    Dated this 8th day of November, 2021.

2

3

4                                   BENJAMIN H. SETTLE
                                    United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22